IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER,**                                           **PLAINTIFF**
**ADC #114018**

v.                 Case No. 3:21-cv-00114-KGB/ERE

**ARKANSAS DEPARTMENT OF
CORRECTIONS,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge Edie R. Ervin (Dkt. No. 10). Judge Ervin recommends that the Court dismiss plaintiff Gary Leon Webster's complaint alleging problems with his legal mail because Mr. Webster is a three striker who can only proceed *in forma pauperis* ("IFP") if he can establish that he is currently in imminent danger of serious physical injury (*Id.*, at 2). Judge Ervin concluded, based on the record, that Mr. Webster had not alleged sufficient facts to show that he was in imminent danger and directed Mr. Webster to pay the $402.00 filing fee (Dkt. No. 4). Judge Ervin warned Mr. Webster that failure to pay the filing fee within 30 days of the entry of her Order would result in dismissal of his claims (*Id.*). Mr. Webster has not paid the filing fee, and the time for doing so has passed.

Mr. Webster objects to Judge Ervin's recommendation that his case be dismissed (Dkt. Nos. 12-16). He states that his lawsuit is valid and that he is unable to pay the filing fee (Dkt. No. 12, at 1). He asks the Court to waive the filing fee (*Id.*). Mr. Webster has not come forward with evidence that he is in imminent danger in order to permit Mr. Webster to proceed IFP, and the Court cannot waive the filing fee. *See* 28 U.S.C. § 1915(g). After careful consideration of the Recommended Disposition, Mr. Webster's objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and

adopted in its entirety as this Court's findings in all respects (Dkt. No. 10). Mr. Webster's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. The Court denies as moot Mr. Webster's motion for order and motion for copies (Dkt. Nos. 11, 13).

    It is so ordered this 7th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge